# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER HOBSON,** | Case No. 2:10-cv-01774-MCE-JFM |
| Plaintiff, | **ORDER** |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.,** | |
| Defendant. | |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.   The Clerk of Court is directed to close the file.

DATE:  March 2, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order to Dismiss - 1